266 So.2d 452

**SUCCESSION of Leopold WELSCH**

**v.**

**Louis CARMADELLE, Jr.**

No. 52778.

Sept. 28, 1972.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

266 So.2d 452

**Mrs. Joyce Marie ALLEN, Individually and as Natural Tutrix of her minor children et al.**

**v.**

**Eric B. JOSEPH et al.**

No. 52796.

Sept. 28, 1972.

Writ denied. On the facts found by the Court of Appeal the result is correct.